THOMAS P. O'BRIEN
United States Attorney
LEON W. WEIDMAN
Assistant United States Attorney
Chief, Civil Division
CAROLINE M. BURGUNDER
Assistant United States Attorney
California Bar Number: 217330
   Room 7516 Federal Building
   300 North Los Angeles Street
   Los Angeles, California 90012
   Telephone: (213) 894-8805
   Facsimile: (213) 894-7819
   Email: Caroline.M.Burgunder@usdoj.gov

Attorneys for Federal Defendants Michael B. Mukasey, Michael Chertoff, Robert Mueller III, Emilio T. Gonzalez, and Jane E. Arellano

**JS-6**

# UNITED STATES DISTRICT COURT

## FOR THE CENTRAL DISTRICT OF CALIFORNIA

### WESTERN DIVISION

| | |
|---|---|
| **MOSES LUNG WONG ZHAN LIU,**<br>        Plaintiffs,<br><br>        v.<br><br>**MICHAEL B. MUKASEY[1], Attorney General; MICHAEL CHERTOFF, Secretary, United States Department of Homeland Security; ROBERT S. MUELLER, III, Director, Federal Bureau of Investigation; EMILIO T. GONZALEZ, Director, United States Citizenship and Immigration Services; and JANE ARELLANO, Director, Los Angeles District Office, United States Citizenship and Immigration Services,**<br><br>        **Defendants.** | No. CV07-07044 PA (FFMx)<br><br>**ORDER RE STIPULATION OF DISMISSAL**<br><br>**Honorable Percy Anderson** |

**ORDER**

---

[1] Michael B. Mukasey, Attorney General of the United States, is automatically substituted for former Acting Attorney General Peter D. Keisler pursuant to Rule 25(d)(1) of the Federal Rules of Civil Procedure.

1     IT IS HEREBY ORDERED that pursuant to Rule 41(a)(1) of the Federal
2 Rules of Civil Procedure and the parties' stipulation, the above action is dismissed
3 as moot, with each party to bear its own costs and fees, including attorney fees.

5 February 27, 2008                                 _____
                                            THE HONORABLE PERCY ANDERSON
6                                                 United States District Court Judge